1  RACHELE R. BYRD (SBN 190634)
   MARISA C. LIVESAY (SBN 223247)
2  BRITTANY N. DEJONG (SBN 258766)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   byrd@whafh.com
6  livesay@whafh.com
   dejong@whafh.com
7
   *Attorneys for Plaintiff*
8  [Additional Counsel on Signature Page]

9               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ELAINE WANG,                              ) Case No. 3:19-cv-08324-WHA
12                                           )
              Plaintiff,                     ) **NOTICE OF VOLUNTARY DISMISSAL**
13                                           )
                                             )
14   v.                                      )
                                             )
15   AUDENTES THERAPEUTICS, INC.,            )
     MATTHEW R. PATTERSON, LOUIS G.          )
16   LANGE, M.D., PH.D., MARK GOLDBERG,      )
     M.D., JENNIFER JARRETT, SCOTT           )
17   MORRISON, THOMAS J. SCHUETZ, M.D.,      ) JUDGE: Hon. William Alsup
     PH.D., JULIE ANNE SMITH,                ) CTRM:  12 - 19th Floor
18                                           )
              Defendants.                    )
19                                           )
                                             )
20                                           )
                                             )

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under this case number.

DATED: February 18, 2020

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*